JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: David A. Silberman, Chief Deputy (SBN 211708)
By: Karen Rosenthal, Deputy (SBN 209419)
By: Tara E. Heumann, Deputy (SBN 252163)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4693
Facsimile: (650) 363-4034
E-mail: dsilberman@smcgov.org
krosenthal@smcgov.org
theumann@smcgov.org

Attorneys for Defendants San Mateo County
District Attorney's Office and Vishal D. Jangla

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FINKELSTEIN and JENNIFER FINKELSTEIN,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SAN MATEO COUNTY DISTRICT ATTORNEY'S OFFICE, CITY OF SAN MATEO, JEFFREY S. CICHOCKI, NICOLAS RYAN, and VISHAL D. JANGLA,<br><br>            Defendants. | Case No. 18-CV-00009-EMC<br><br>**STIPULATION EXTENDING TIME FOR SAN MATEO COUNTY DISTRICT ATTORNEY'S OFFICE AND VISHAL D. JANGLA TO RESPOND TO COMPLAINT** |

WHEREAS, the undersigned parties agree that good cause exists for extending the time for Defendants San Mateo County District Attorney's Office and Vishal D. Jangla ("Defendants") to respond to the Complaint,

THE PARTIES STIPULATE AS FOLLOWS: That the time for Defendants to respond to the Complaint be extended from January 29, 2018 to February 28, 2018.

DATED: February 7, 2018      _____/s/_____
 MARK E. MERIN
 Attorney for Plaintiffs John Finkelstein
 and Jennifer Finkelstein

DATED: February 7, 2018      JOHN C. BEIERS, COUNTY COUNSEL

                             _____/s/_____
                              KAREN ROSENTHAL, Deputy
                              Attorneys for Defendants San Mateo County
                              District Attorney's Office and Vishal D. Jangla

**IT IS SO ORDERED**.

The time for Defendants San Mateo County District Attorney's Office and Vishal D. Jangla ("Defendants") to respond to the Complaint is hereby extended from January 29, 2018 to February 28, 2018.

DATED: 2/9, 2018

_____
ARD M. CHEN
 ourt Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA