FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
DANIEL S. KUBASAK (SBN: 222336)
dkubasak@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3115
Facsimile: (415) 986-8054

ALEXANDER FRANCUZENKO (VA Bar # 36510)
afrancuzenko@cookcraig.com
COOK CRAIG & FRANCUZENKO PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Telephone: (703) 865-7480
Facsimile: (703) 434-3510
(Appearing *Pro Hac Vice*)

Attorneys for Defendant
JEFFREY S. CICHOCKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FINKELSTEIN and JENNIFER FINKELSTEIN<br><br>Plaintiffs,<br><br>vs.<br><br>SAN MATEO COUNTY DISTRICT ATTORNEY'S OFFICE, CITY OF SAN MATEO, JEFFREY S. CICHOCKI, NICHOLAS RYAN, and VISHAL D. JANGLA<br><br>Defendants. | CASE NO. 3:18-cv-00009-EMC<br><br>**STIPULATION TO CONTINUE APRIL 5, 2018 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER ON STIPULATION** |

Plaintiffs John Finkelstein and Jennifer Finkelstein ("Plaintiffs"), and Defendants San Mateo County District Attorney's Office, City of San Mateo, Jeffrey S. Cichocki, Nicholas Ryan and Vishal D. Jangla (collectively, "Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, Plaintiff filed their Complaint in this action on January 2, 2018;

-1- Case No. 3:18-cv-00009-EMC
STIPULATION TO CONTINUE APRIL 5, 2018 CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER ON STIPULATION

1     WHEREAS, Defendants have each made their first appearance in the matter;

2     WHEREAS, on January 3, 2018, the Court ordered an Initial Case Management

3 Conference set for April 5, 2018;

4     WHEREAS, Andrew Francuzenko, co-counsel for Defendant Jeffrey S. Cichocki, is

5 unable to attend the April 5 Case Management Conference due to an outstanding conflict;

6     WHEREAS, in light of the foregoing, Plaintiffs and Defendants have agreed to continue

7 the April 5, 2018, Case Management Conference to May 10, 2018.

8     IT IS SO STIPULATED.

Dated: March 23, 2018                  LAW OFFICE OF MARK E. MERIN

By */s/ Mark E. Merin*
    Mark E. Merin
    Paul H. Masuhara
Attorneys for Plaintiffs
JOHN FINKELSTEIN and JENNIFER FINKELSTEIN

Dated: March 23, 2018                  GORDON REES SCULLY MANSUKHANI, LLP

By */s/ Fletcher C. Alford*
    Fletcher C. Alford
    Daniel S. Kubasak
Attorneys for Defendant
JEFFREY S. CICHOCKI

Dated: March 23, 2018                  COOK CRAIG & FRANCUZENKO PLLC

By */s/ Alexander Francuzenko*
    Alexander Francuzenko
Attorneys for Defendant
JEFFREY S. CICHOCKI

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

| | |
|---|---|
| Dated:  March 23, 2018 | JOHN C. BEIERS, COUNTY COUNSEL |

By  */s/ Karen Rosenthal*
    David A. Silberman
    Karen Rosenthal
    Tara E. Heumann
Attorneys for Defendants
SAN MATEO COUNTY DISTRICT ATTORNEY'S OFFICE and VISHAL D. JANGLA

| | |
|---|---|
| Dated:  March 23, 2018 | LEONE & ALBERTS |

By  */s/ Katherine A. Alberts*
    Louis A. Leone
    Katherine A. Alberts
    Sherri S. Kaiser
Attorneys for Defendants
CITY OF SAN MATEO and NICOLAS RYAN

## **ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signature on the document.

Dated: March 23, 2018

By */s/ Fletcher C. Alford*
    Fletcher C. Alford

1 **[PROPOSED] ORDER ON STIPULATION**

Pursuant to the Stipulation entered into by the Parties above,

**IT IS HEREBY ORDERED:**

The Initial Case Management in this matter, previously scheduled for April 5, 2018, be continued to May 10, 2018, at ~~9:30~~ 1:30 p.m. am, in Courtroom 5, 17th Floor.

Dated: 3/27/18



JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen