FLETCHER C. ALFORD  (SBN: 152314)
falford@grsm.com
DANIEL S. KUBASAK  (SBN: 222336)
dkubasak@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-3115
Facsimile:  (415) 986-8054

ALEXANDER FRANCUZENKO (VA Bar # 36510)
afrancuzenko@cookcraig.com
COOK CRAIG & FRANCUZENKO PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA  22030
Telephone:  (703) 865-7480
Facsimile:  (703) 434-3510
(Appearing *Pro Hac Vice*)

Attorneys for Defendant
JEFFREY S. CICHOCKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FINKELSTEIN and JENNIFER FINKELSTEIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAN MATEO COUNTY DISTRICT ATTORNEY'S OFFICE, CITY OF SAN MATEO, JEFFREY S. CICHOCKI, NICHOLAS RYAN, and VISHAL D. JANGLA,<br><br>    Defendants. | CASE NO.  3:18-CV-00009-EMC<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**DEFENDANT JEFFREY S.**<br>**CICHOCKI'S REQUEST FOR**<br>**LEAVE TO FILE SUR-REPLY**<br>**REGARDING PLAINTIFFS'**<br>**MOTION TO STRIKE**<br><br>Date:         May 10, 2018<br>Time:        1:30 p.m.<br>Courtroom:  5, 17th Floor |

The Court hereby GRANTS Defendant Jeffrey S. Cichocki ("Cichocki") request for leave to file a Sur-Reply to Plaintiffs' Reply to Defendant Jeffrey S. Cichocki's Opposition to Motion to Strike Affirmative Defenses From Answer to Complaint (Reply) (Dkt 51).

/ / /

/ / /

-1-      Case No. 3:18-cv-00009-EMC
ORDER GRANTING DEFENDANT JEFFREY S. CICHOCKI'S MOTION FOR LEAVE TO FILE A SUR-REPLY

The Sur-Reply attached to Defendant Cichocki's Request is hereby deemed filed on this date.

IT IS SO ORDERED.

Dated:

                                        EDWARD M. CHEN
                                        UNITED STATES DISTRICT JUDGE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1152760/37720130v.1

-2-   Case No. 3:18-cv-00009-EMC
ORDER GRANTING DEFENDANT JEFFREY S. CICHOCKI'S MOTION FOR LEAVE TO FILE A SUR-REPLY