# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 18-cv-00009

Date case was first filed in U.S. District Court: 01/02/2018

Date of judgment or order you are appealing: 03/05/2019 (ECF No. 131)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(•) Yes    ( ) No    ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Nicolas Ryan

Is this a cross-appeal? ( ) Yes   (•) No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   (•) Yes    ( ) No

If Yes, what is the prior appeal case number? 19-15139

Your mailing address:

Leone & Alberts, APC

2175 N. California Blvd., Suite 900

City: Walnut Creek    State: CA    Zip Code: 94596

Prisoner Inmate or A Number (if applicable):

**Signature** s/Seth Gordon    **Date** 03/14/2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Nicolas Ryan

Name(s) of counsel (if any):

Louis A. Leone; Katherine A. Alberts; Seth L. Gordon

Address: 2175 N. California Blvd., Suite 900, Walnut Creek, CA 94596

Telephone number(s): (925) 974-8600

Email(s): kalberts@leonealberts.com; sgordon@leonealberts.com

Is counsel registered for Electronic Filing in the 9th Circuit? ⦿ Yes ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

John Finkelstein; Jennifer Finkelstein

Name(s) of counsel (if any):

Mark E. Merin
Paul H. Masuhara

Address: Law Office of Mark Merin, 1010 F. St. #300 Sacramento, CA 95814

Telephone number(s): (916) 443-6911

Email(s): mark@markmerin.com; paul@markmerin.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

John Finkelstein; Jennifer Finkelstein

Name(s) of counsel (if any):

Julius Finkelstein

Address: Law Office of Julius Finkelstein, P.O. Box 61024, Palo Alto, CA 94306

Telephone number(s): (415) 793-5390

Email(s): jlfinkelstein@yahoo.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*