# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **18-cv-00009**

Date case was first filed in U.S. District Court: **01/02/2018**

Date of judgment or order you are appealing: **03/05/2019 (ECF No. 131)**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Nicolas Ryan

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☉ Yes   ○ No

If Yes, what is the prior appeal case number? **19-15139**

Your mailing address:

Leone & Alberts, APC

2175 N. California Blvd., Suite 900

City: Walnut Creek   State: CA   Zip Code: 94596

Prisoner Inmate or A Number (if applicable):

Signature: **s/Seth Gordon**   Date: **03/14/2019**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Nicolas Ryan

Name(s) of counsel (if any):
Louis A. Leone; Katherine A. Alberts; Seth L. Gordon

Address: 2175 N. California Blvd., Suite 900, Walnut Creek, CA 94596
Telephone number(s): (925) 974-8600
Email(s): kalberts@leonealberts.com; sgordon@leonealberts.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
John Finkelstein; Jennifer Finkelstein

Name(s) of counsel (if any):
Mark E. Merin
Paul H. Masuhara

Address: Law Office of Mark Merin, 1010 F. St. #300 Sacramento, CA 95814
Telephone number(s): (916) 443-6911
Email(s): mark@markmerin.com; paul@markmerin.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
John Finkelstein; Jennifer Finkelstein

Name(s) of counsel (if any):
Julius Finkelstein

Address: Law Office of Julius Finkelstein, P.O. Box 61024, Palo Alto, CA 94306

Telephone number(s): (415) 793-5390

Email(s): jlfinkelstein@yahoo.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      2                              *New 12/01/2018*