# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: | Northern District of California

U.S. District Court case number: | 3:18-CV-00009 EMC

Date case was first filed in U.S. District Court: | 01/02/2018

Date of judgment or order you are appealing: | 03/05/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jeffrey S. Cichocki

Is this a cross-appeal?  ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If Yes, what is the prior appeal case number? | 19-15139

Your mailing address:

GORDON REES SCULLY MANSUKHANI, LLP

275 Battery Street, Suite 2000

City: San Francisco   State: CA   Zip Code: 94111

Prisoner Inmate or A Number (if applicable):

**Signature** | s/ Fletcher C. Alford   **Date** | March 19, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jeffrey S. Cichocki

Name(s) of counsel (if any):

Fletcher C. Alford
Ryan B. Polk

Address: 275 Battery Street, Suite 2000, San Francisco, CA 94111

Telephone number(s): (415) 875-3115

Email(s): falford@grsm.com, rpolk@grsm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

John Finkelstein
Jennifer Finkelstein

Name(s) of counsel (if any):

Mark E. Merin, Esq.
Paul H. Masuhara, Esq.

Address: Law Office of Mark Merin 1010 F. St. #300 Sacramento, CA 95814

Telephone number(s): (916) 443-6911

Email(s): mark@markmerin.com, paul@markmerin.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      *1*                                      *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jeffrey S. Cichocki

Name(s) of counsel (if any):

Alexander Francuzenko

Address: 3050 Chain Bridge Road, Suite 200, Fairfax, VA 22030

Telephone number(s): (703) 865-7480

Email(s): afrancuzenko@cookcraig.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellees**

Name(s) of party/parties:

John Finkelstein
Jennifer Finkelstein

Name(s) of counsel (if any):

Julius L. Finkelstein, Esq.

Address: Law Office of Julius L. Finkelstein PO Box 61024 Palo Alto, CA 94306

Telephone number(s): (415) 793-5390

Email(s): jlfinkelstein@yahoo.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                              New 12/01/2018