Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com
         paul@markmerin.com

Julius L. Finkelstein (State Bar No. 065788)
LAW OFFICE OF JULIUS L. FINKELSTEIN
P.O. Box 61024
Palo Alto, California 94306
Telephone:  (415) 793-5390
E-Mail:  jlfinkelstein@yahoo.com

Attorneys for Plaintiffs
JOHN FINKELSTEIN and
JENNIFER FINKELSTEIN

LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN 212825)
CLAUDIA LEED, ESQ. (SBN: 122676)
LEONE & ALBERTS
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: lleone@leonealberts.com
        kalberts@leonealberts.com
        cleed@leonealberts.com

Attorneys for Defendant
CITY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN FINKELSTEIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SAN MATEO COUNTY DISTRICT ATTORNEY'S OFFICE, et al., <br><br> Defendants. | Case No. 3:18-cv-00009-EMC <br><br> **STIPULATION FOR MODIFICATION OF THE DEADLINES ESTABLISHED BY THE COURT'S OCTOBER 29, 2020, MINUTE ORDER; [PROPOSED] ORDER** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs John Finkelstein and Jennifer Finkelstein (collectively, "Plaintiffs"), by and through their attorneys of record, and Defendant City of San Mateo by and through their attorneys of record, as follows:

WHEREAS, on October 29, 2020, the Court issued a minute order giving Plaintiffs 90 days (until January 27, 2021) to complete discovery on *Monell* liability (ECF No. 176); and

WHEREAS, the parties have worked diligently to propound and to respond to discovery requests but have been delayed as a result of Covid-related staffing and access issues in completing the necessary

1

**STIPULATION FOR MODIFICATION OF SCHEDULING DEADLINES**
*Finkelstein v. San Mateo County District Attorney's Office*, United States District Court, Northern District of California, Case No. 3:18-cv-00009-EMC

discovery; and

WHEREAS, production of documents in response to outstanding requests is anticipated by January 11, 2021, following which the parties will meet-and-confer to determine what additional responses, if any, are required, what other discovery should be propounded and whether there are discovery disputes requiring court intervention to resolve; and

WHEREAS, after such meet-and-confer processes have been completed it will be possible jointly to formulate a request for specific modifications of the dates set by the Court in its October 29, 2020, Minute Order, Plaintiffs and Defendant City of San Mateo have agreed to request the Court to vacate the dates set in the October 29, 2020, Minute Order (ECF No. 176) and, by January 25, 2021, to stipulate to the Court resetting the dates for events previously set out in the subject minute order.

IT IS SO STIPULATED.

Dated: January 6, 2021

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
      Mark E. Merin
      Attorney for Plaintiffs
      JOHN FINKELSTEIN and
      JENNIFER FINKELSTEIN

Dated: January 6, 2021

Respectfully Submitted,
LEONE & ALBERTS

*/s/ Claudia Leed*
(as authorized on January 6, 2021)
By: _____
      Claudia Leed
      Attorney for Defendant
      CITY OF SAN MATEO

2

**STIPULATION FOR MODIFICATION OF SCHEDULING DEADLINES**
*Finkelstein v. San Mateo County District Attorney's Office*, United States District Court, Northern District of California, Case No. 3:18-cv-00009-EMC

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

The existing deadline to complete discovery on *Monell* liability by January 27, 2021 (ECF No. 176) is VACATED.

Plaintiffs and Defendant City of San Mateo are ORDERED to meet-and-confer and, by January 25, 2021, to submit a stipulation to the Court for resetting the dates for events previously set out in the Court's October 29, 2020, Minute Order (ECF No. 176).

IT IS SO ORDERED.

Dated:

_____
EDWARD M. CHEN
United States District Court Judge

3

**STIPULATION FOR MODIFICATION OF SCHEDULING DEADLINES**
*Finkelstein v. San Mateo County District Attorney's Office*, United States District Court, Northern District of California, Case No. 3:18-cv-00009-EMC